# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1087

VERSUS

DENNIS L. MAGEE

**DECEMBER 20, 2021**

---

In Re:    Dennis L. Magee, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 01-
          CR1-082853.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
    FOR THE COURT